UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Joseph Davis Morales

            Plaintiff(s),

      -against-

United States of America

            Defendant(s).
------------------------------------x

08 CR 1195-03 (LAP)
13 CIV. 1710 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and counsel shall confer and inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff

SO ORDERED.

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York