UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH D. MORALES<br><br>        Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 13 Civ. 1710 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Joseph D. Morales' ("Mr. Morales") letter informing the Court of the status of the action. (See dkt. no. 20.) The Court has reviewed Mr. Morales' original petition to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, (dkt. no. 1), and notes that Mr. Morales originally expressed an intention to file a separate memorandum of law in support of his petition. To the extent that Mr. Morales wishes to expand on his petition through a memorandum of law, he shall do so by no later than April 17, 2020. Following Mr. Morales' filing of his memorandum of law or, if he does not file a memorandum, the Government shall respond to Mr. Morales' petition by no later than May 18, 2020.

**SO ORDERED.**

Dated:    New York, New York
            March 17, 2020

1

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge